IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00911-WYD-KMT

KELLIE CURTIS,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Insurance Company,

    Defendant.

---

**ORDER**

---

This matter is before the court on the plaintiffs proposed "Final Pretrial Order" [Doc. No. 37, filed March 25, 2008] and the defendant's proposed "Final Pretrial Order" [Doc. No. 36, filed March 25, 2007]. Both documents are hereby STRICKEN for failure to comply with the court's orders for preparation and submission of a proposed Final Pretrial Order.

On June 28, 2007, Magistrate Judge Boyd Boland ordered, "A Final Pretrial Order shall be prepared by the parties and submitted to the Court no later than March 25, 2008." Instructions for preparation of the Final Pretrial Order are available on the court's internet web site at www.cod.uscourts.gov. The instructions provide

> Counsel and any *pro se* party are directed to meet in advance of the pretrial conference and **jointly to develop** the contents of the proposed final pretrial order, which shall be presented for the court's approval no later than five days before the final pretrial conference. Also, attention is directed to Fed. R. Civ. P. 16(d), which provides, in pertinent part, that "[t]he conference shall be attended by at least one

of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties." (emphasis added)

www.cod.uscourts.gov, Standardized Order Forms: Final Pretrial Order and Instructions.

Attachment 2 to the defendant's proposed Final Pretrial Order advised that the defendant initially prepared a proposed Final Pretrial Order and sent it, with attachments, to the plaintiff's counsel so that the plaintiff could include its relevant information into the documents and then file the combined proposed Final Pretrial Order with the court. This is the proper procedure. Defendant's counsel represented she had attempted to meet with the plaintiff's counsel telephonically, but did not receive any response messages left. Instead, the plaintiff's counsel chose not to confer with the defense counsel and submitted a separate proposed Final Pretrial Order which did not include the defendant's material. This is an improper procedure.

Therefore, the plaintiff is ORDERED to comply with the practice and Rules of this court and is directed, on or before March 27, 2008, to meet and confer with defense counsel to develop and prepare a joint proposed Final Pretrial Order. If schedules prohibit counsel from meeting to jointly prepare the proposed Final Pretrial Order, the plaintiff is ORDERED to prepare a proposed Final Pretrial Order which contains all the submitted defendant's material together with the material submitted by the plaintiff, combined into one document, and to file that proposed Final Pretrial Order on or before March 27, 2008.

Dated this 25th day of March, 2008.

                                          BY THE COURT:

                                          s/ Kathleen M. Tafoya
                                          KATHLEEN M. TAFOYA
                                          United States Magistrate Judge