IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00911-WYD-KMT

KELLIE CURTIS,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Insurance Company,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court upon the Stipulated Motion for Dismissal with Prejudice executed by counsel for Plaintiff and by counsel for Defendant. The Court, having reviewed the Stipulated Motion for Dismissal and being fully advised in the premises,

ORDERS that all claims which were brought and all claims arising out of the captioned matter which could have been brought by Plaintiff against Defendant are hereby dismissed **WITH PREJUDICE**, each party to pay their own costs. It is

FURTHER ORDERED that the four-day jury trial set to commence Monday, November 17, 2008, and the Final Trial Preparation Conference set Wednesday, November 5, 2008, at 4:00 p.m. are **VACATED**.

Dated: July 31, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge